UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALLEGOS,<br><br>              Plaintiff,<br><br>     v.<br><br>J. WHITTEN, et al.,<br><br>              Defendants. | Case No. 1:25-cv-00745-KES-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 25) |

On May 8, 2026, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 25). In light of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE